```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GREGORY WESTHOFF,                                No. 08 Civ 4336(WWC)

                    Plaintiff,
     - against -
                                                 **NOTICE OF CROSS-MOTION
STEFANI MIOTTO and KELLY GREEHAN,                TO SEVER THE CLAIMS
                                                 AGAINST GREEHAN**
                    Defendants.
------------------------------------x
```

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, defendant Stefani Miotto will cross move this Court, before the Hon. William C. Connor, at the United States Courthouse, 3 Quarropas Ave., White Plains, NY 10601 for an order pursuant to Rule 21 of the F.R.C.P. severing the claims of plaintiff against defendant Kelly Greehan, and remanding those claims back to the Supreme Court of the State of New York, County of Westchester, and for such other and further relief as to the Court may seem equitable just and proper.

This Cross-Motion is directed to the Motion to remand filed by defendant Greehan on June 6, 2008.

Dated: Hawthorne, NY
       June 10, 2008

                                    ___s/ Norman M. Block___
                                      Norman M. Block (NB8119)
                                    NORMAN M. BLOCK, P.C.
                                    Attorneys for Defendant Miotto
                                    245 Saw Mill River Road
                                    Hawthorne, NY  10532
                                    (914) 769-3100

To:

Cheryl K. Beece, Esq.
Parisi & Patti, LLP
200 Mamaroneck Ave., Ste 602
White Plains, NY 10601

Donald S. Campbell, Esq.
Danzig Fishman & Decea
One North Broadway
Suite 1202
White Plains, NY 10601