UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGORY WESTHOFF,

                Plaintiff,

- against -

STEFANI MIOTTO and KELLY GREEHAN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ 4336 (WCC)

**ANSWER**

      Plaintiff, Gregory Westhoff, by his attorneys Parisi and Patti LLP, by Clement S. Patti, Jr., answers the Counterclaim of Defendant Stefani Miotto contained in the Amended Answer, Affirmation Defenses, Counterclaim and Jury Demand (Amended Answer) as follows:

1. Plaintiff, admits the allegation contained in paragraph 61 of the Amended Answer.

2. Plaintiff denies the allegation contained in paragraph 62 of the Amended Answer.

3. Plaintiff denies the allegation contained in paragraph 63 of the Amended Answer.

4. Plaintiff denies the allegation contained in paragraph 64 of the Amended Answer

5. Plaintiff denies the allegation contained in paragraph 65 of the Amended Answer.

:   6. Plaintiff denies the allegation contained in paragraph 66 of the Amended Answer.

7. Plaintiff denies the allegation contained in paragraph 67 of the Amended Answer.

<u>AFFIRMATIVE DEFENSE</u>

8.      The request for Rule 11 Sanctions is improperly raised in violation of FR Rule 11 (c) (2).

WHEREFORE, the Plaintiff demands Judgment dismissing the Defendant's Counterclaim and Article 14 sanctions request and further relief that the Court deems fair and proper.

Dated: White Plains
       June 11, 2008

/s/<u>Clement S. Patti, Jr.</u>
Parisi and Patti LLP
by: Clement S. Patti, Jr. (CP5783)

TO:    Norman M. Block
        Norman M. Block, P.C.
        245 Saw Mill River Road
        Hawthorne, NY 10532

        Donald S. Campbell, Esq.
        Danzig Fishman & Decea
        One North Broadway
        Suite 1202
        White Plains, New York 10601